EXHIBIT A

# 合作协议
# Cooperation agreement

甲方：越南润升国际有限责任公司
Party A：Rythern ( Vietnam ) International Company Limited
乙方：MEG Home Plus
Party B：MEG Home Plus

鉴于甲方专业生产出口美国橱柜能力，乙方在美国具有橱柜销售业务，经双方友好协商，达成如下合作协议：

In view of the professional ability of Party A to produce and export kitchen cabinet to the United States, Party B has a kitchen cabinet sales business in the United States, after friendly negotiation between the two parties, the following cooperation agreement has been reached:

1、 美国橱柜库存处理 The treatment for the kitchen cabinet inventory in US

1、 甲方在美国洛杉矶仓库有部分库存橱柜（详见附件一），全部一次性转让给乙方。转让价格为以BGI的现在FOB价（详见附件二），加海运价（15000美元）。该货款甲方赊账90天，即双方从签订本协议之日起计算，到期后支付全部货款给甲方。协议生效起，甲方库存货物转让给乙方，货物所产生的仓储费由乙方支付。如果乙方延期支付货款，按照月息1%支付货款利息。

Party A has inventory in the warehouse in Los Angeles, USA (see Attachment 1 for details), all of which are transferred to Party B at one time. The transfer price is the current FOB price of BGI (see Attachment 2 for details), and plus the ocean freight ($15,000/40HQ). Party A will provide 90 calendar days credit to Party B for payment, it means Party B have to 100% pay off the payment of inventory to Party A within 90 calendar days after the date of signing this agreement. From the effective date of the agreement, Party A will transfer the inventory to Party B, and Party

B will pay the storage fee for the goods in their own warehouse. If Party B delays the payment, it need to pay the interest of payment amount to Party A with the monthly interest of 1%.

2. 由于该库存橱柜部件按照销售有所短缺，根据乙方销售需要，紧急货物（详见附件三），甲方同意从亚特兰大仓库调拨，非紧急物料，甲方越南工厂优先生产供货。从亚特兰大仓库调拨的货价，按照洛杉矶仓库货价相同，从亚特兰大至洛杉矶的运费由甲方和乙方各承担50%。甲方从越南工厂供货的价格按照正常供货处理，即目前BGI的最新价格（详见附件二），FOB越南胡志明。

Since the kitchen cabinet SKUs in the Los Angeles warehouse are incomplete, so Party B will move the urgent SKUs they need from Atlanta warehouse to satisfied with sales demand, with the permission of Party A.(see Attachment 3 for details). For non-urgent cargo, Party A's Vietnam factory will give priority to production and supply. The price of the goods transferred from Atlanta warehouse, is the same as the price of Los Angeles warehouse. Party A and Party B shall each bear 50% of the freight from Atlanta to Los Angeles. The price of cargo supplied by Party A from the Vietnam factory shall be the same as the latest BGI price (see Attachment 2 for details), FOB Ho Chi Minh, Vietnam.

2. 正常供货 the normal supply

1. 乙方根据需要下达订单给甲方，交期为下达订单起45-60天。
Party B will place the order to Party A as needed, and the delivery time will be 45-60 calendar days from the date of placing the order.

2. 产品价格为BGI现在价格，交易方式为FOB越南胡志明，货款支付为货到洛杉矶港付清货款和电放。今后如遇原材料涨价而调整价格，双方协商解决。
The executive price of the products are the latest price of BGI, and the price term is FOB Ho Chi Minh, Vietnam. The payment term is 100% payment before telex release. In the future, the price will be adjusted if the price of raw materials increases, two parties will negotiate and solve the problem.

3、 产品款式和质量要求参照BGI，包装及其他要求，根据甲乙协商决定。

Product specification and quality requirements refer to BGI. Packaging and other requirements, will be decided according to Party A and Party B's negotiation.

3、 其他Others

1、 本协议为框架协议，具体要求在订单中说明。

This agreement is a basic agreement, and the detailed requirements can be explained in the order.

2、 双方必须对本协议保密。

Both parties must keep this agreement confidential.

3、 如发生纠纷，双方协商解决，协商不成，按照国际贸易有关法律法规裁决。

Two parties will negotiate if have dispute. If the negotiation fails, it will be adjudicated in accordance with the relevant laws and regulations of international trade.

4、 本协议中英文，一式两份，双方各执一份，签字生效。

This agreement is in Chinese and English, in duplicate, each party holds one copy, it will be effective after both parties signing.

注：如果中英文有异议，以中文为准。

Note: If there is any disagreement between Chinese and English, the Chinese shall prevail.

附件Attachment：
1， 附件一：洛杉矶仓库货物清单；
Attachment 1: Los Angeles warehouse cargo list
2， 附件二：产品价格（FOB）清单；
Attachment 2: Product price List (FOB)
3， 附件三：从亚特兰大仓库运往洛杉矶仓库的紧急货物清单。
Attachment 3: List of urgent goods should be shipped from Atlanta warehouse to Los Angeles warehouse

（本页无正文）
(No text on this page)

甲方（签字）：
Party A (signature): *[signature]*

日期：
Date: 2022.3.25

乙方（签字）：

EXHIBIT A

Party B (signature): _____

日期：
Date: 03/24/2022