# SALES CONTRACT
# HỢP ĐỒNG MUA BÁN

NO. : 112022/RYT-MEG
DATE : Apr 01st, 2022

The contract is made on Apr 01st, 2022, between:
Hợp đồng này được lập vào ngày 01 tháng 04 năm 2022, giữa:

**The Buyer (Bên Mua)** : MEG HOME PLUS LLC

    Address (Địa chỉ) : 16491 Scientific Irvine CA 92618

    Represented By (Đại diện) : **Bà/ Mrs. GIGI DALRYMPLE**

    Title (Chức vụ) : CEO – *Tổng Giám Đốc Điều Hành*

Bank account No. (Số Tài khoản NH): 829529038

    At (Mở tại) : Chase Bank

    Swift code (Mã Ngân hàng) : CHASUS33

Hereinafter referred to as Party A (Sau đây gọi tắt là Bên A).

**The Seller (Bên Bán)** : RYTHERN (VIET NAM) INTERNATIONAL COMPANY LIMITED.
*CÔNG TY TNHH QUỐC TẾ RYTHERN (VIỆT NAM).*

    Address (Địa chỉ) : Lot H3, Road 14, Thuan Dao expanded Industrial Zone, Long Dinh Commune, Can Duoc District, Long An Province, Vietnam.
*Lô H3, Đường số 14, KCN Thuận Đạo mở rộng, Xã Long Định, Huyện Cần Đước, Tỉnh Long An, Việt Nam.*

    Represented By (Đại diện) : **Ông/ Mr. WANG ZHANG PING**

    Title (Chức vụ) : CEO – *Tổng Giám Đốc Điều Hành*

Hereinafter referred to as Party B (Sau đây gọi tắt là Bên B).

After discussion, both parties here agree to sign this contract with the terms and conditions as follows:
Sau khi thảo luận, hai bên cùng đồng ý ký vào Hợp đồng với những điều khoản dưới đây

1 of 4

## ARTICLE 1: COMMODITY – QUANTITY – PRICE
## ĐIỀU 1: LOẠI HÀNG – SỐ LƯỢNG – ĐƠN GIÁ

- Party A agrees to choose Party B as a supplier to provide Party A with various kinds of **Kitchen Cabinets** and all kinds of **Cabinet accessories** with an estimated quantity of 3,000,000 sets (three million sets), if there is any change in quantity, both Parties will sign an appendix and attach to this Contract

  *Bên A đồng ý chọn Bên B là nhà cung cấp, cung cấp cho Bên A các loại Tủ Bếp và Bộ phận tủ bếp các loại với số lượng dự đoán 3,000,000 bộ (ba triệu bộ), nếu sau này có thay đổi về số lượng thì hai bên sẽ ký phụ lục và đính kèm theo Hợp đồng này.*

- Details of quantity, specifications and total value shall be displayed on the purchase order and on commercial invoice(s) for each delivery. Purchase orders and delivery orders shall be sent and confirmed by Party B.

  *Chi tiết về số lượng, qui cách và tổng số tiền sẽ được thể hiện trên đơn hàng và hóa đơn giá thương mại trong mỗi đợt giao hàng cụ thể. Đơn hàng và lệnh giao hàng sẽ được gửi và xác nhận bởi Bên B.*

## ARTICLE 2: SHIPMENT, DELIVERY AND PAYMENT
## ĐIỀU 2: VẬN CHUYỂN, GIAO HÀNG VÀ THANH TOÁN

- **SHIPMENT TERM:** FOB Hochiminh City or according to the conditions requested by Party A depending on each Purchase Order.

  *Điều kiện vận chuyển: FOB Thành phố Hồ Chí Minh hoặc theo điều kiện Bên A yêu cầu tuỳ từng đơn đặt hàng.*

- **TIMELY DELIVERY:** Goods shall be delivered on the agreed date as specified in the purchase order and delivery order of Party B. Party B will bear any costs related to late delivery of goods.

  *Giao hàng đúng hạn: Hàng hóa sẽ được giao vào thời gian thỏa thuận được ghi trên đơn hàng và lệnh giao hàng của Bên B. Bên B sẽ chịu mọi chi phí liên quan đến việc giao hàng trễ.*

- **PACKING:** Goods will be packed as export packing standards to make sure of the safety of goods during transportation, delivery and usage.

  *Đóng gói: Hàng hóa sẽ được đóng gói theo tiêu chuẩn xuất khẩu, sao cho đảm bảo an toàn hàng hóa khi vận chuyển, giao hàng và sử dụng.*

- **DOCUMENTS REQUIRED TO BE PROVIDED:** Packing List, Invoice and Bill of Lading (Electronic copy). Party B obliged to provide Party A with these documents upon the completion of goods packing and Custom procedures for export.

  *Yêu cầu chứng từ cần cung cấp: Hoá đơn, Bảng kê hàng hoá và Vận đơn (bản điện tử). Bên B có trách nhiệm cung cấp cho Bên A ngay sau khi đóng hàng và làm xong thủ tục Hải quan xuất khẩu*

- **TERMS OF PAYMENT:** 100% of Party B's invoice value will be paid by Party A via bank wire transfer, within 70 days from the cut of date to Party B's bank account:

  *Điều kiện thanh toán: 100% giá trị hóa đơn của Bên B sẽ được Bên A thanh toán bằng chuyển khoản đến tài khoản ngân hàng của Bên B 70 ngày kể từ ngày xuất hàng.*

  ❖ Party B's bank account information - *Thông tin ngân hàng của Bên B như sau:*

EXHIBIT B

Bank Name : Joint Stock Commercial Bank For Foreign Trade of Vietnam (Vietcombank).
(Tên Ngân Hàng) : Ngân hàng TMCP Ngoại Thương Việt Nam – Chi nhánh Long An

Bank's address : 2A Pham Van Ngu Street, Quarter 5, Ben Luc District, Long An, Viet Nam.
(Địa chỉ Ngân Hàng): 2A Phạm Văn Ngũ, khu phố 5, Bến Lức, Long An, Việt Nam.

Account Name : **RYTHERN (VIET NAM) INTERNATIONAL COMPANY LIMITED.**
(Chủ Tài Khoản) : **CÔNG TY TNHH QUỐC TẾ RYTHERN (VIỆT NAM).**

USD Account No. : **1025645688**
(Số Tài Khoản USD)

Swift code : BFTVVNVX063

- The outgoing bank charge from Party A's bank (and intermediary bank charge, if any) for remitting the payment to Party B's bank will be borne by Party A. The incoming bank charge for receiving the payment will be borne by Party B.
  Phí chuyển khoản khi chuyển tiền từ Ngân Hàng Bên A (và Ngân Hàng Trung gian nếu có) cho Ngân hàng Bên B sẽ do Bên A thanh toán. Phí nhận tiền khi nhận tiền vô tài khoản của Bên B sẽ do Bên B thanh toán.

## ARTICLE 3: GENERAL TERMS & CONDITIONS
## ĐIỀU 3: ĐIỀU KHOẢN CHUNG:

- Both sides shall strictly commit to perform the terms and conditions in the contract. If there is any dispute arising in connection to the contract, both parties will discuss together in the spirit of mutual cooperation and understanding.
  Hai bên cam kết nghiêm túc tuân thủ những điều khoản và điều kiện trong hợp đồng này. Nếu có tranh chấp xảy ra liên quan đến hợp đồng này, hai bên sẽ cùng bàn bạc trên tinh thần tôn trọng và thấu hiểu lẫn nhau.

- In the case of failure to reach an agreement to resolve the dispute, the two Parties shall agree to bring the case to Vietnam International Arbitration Center (VIAC) to resolve the dispute. All relevant costs will be borne by the losing party (including attorneys' fees - if any).
  Trong trường hợp không tự thỏa thuận để giải quyết được tranh chấp, hai bên sẽ thống nhất đưa vụ việc ra Trung tâm Trọng tài Quốc tế Việt Nam (VIAC) để giải quyết tranh chấp. Mọi phí tổn có liên quan sẽ do bên thua kiện chịu trách nhiệm chi trả (bao gồm cả phí luật sư - nếu có)

- Any amendment, extension or cancellation of this contract will be mutually agreed and confirmed by both parties in writing before 30 days.
  Bất kỳ sự thay đổi, gia hạn hay hủy Hợp đồng này đều phải được hai bên đồng ý và xác nhận bằng văn bản trước 30 ngày.

- Party B will promptly notify Party A in writing if Party B has or anticipates that there is a problem with capacity or any other problem that could interrupt the process of supplying the goods to Party A according to the expected schedule.

Bên B sẽ nhanh chóng thông báo bằng văn bản cho Bên A nếu Bên B có hoặc dự đoán có vấn đề về công suất hay bất cứ vấn đề nào khác có thể làm gián đoạn quá trình cung cấp hàng hoá cho Bên A theo lịch đã định trước.

- This contract will be governed by the provision of "INCOTERMS 2010"
  Hợp đồng này sẽ được điều chỉnh bởi các điều khoản quy định của "INCOTERMS 2010"

- This contract will be signed by both Parties via email, and will take effect from Apr 01st, 2022 until the end of December 31st, 2022. This contract is made in 02 copies in English and Vietnamese, each party keeps one copy with the same legal validity.
  Hợp đồng này sẽ được hai bên ký xác nhận qua email, và có hiệu lực từ ngày 01 tháng 04 năm 2022 đến hết ngày 31 tháng 12 năm 2022. Hợp đồng này được lập thành 02 bản song ngữ Anh-Việt, mỗi bên giữ 01 bản và có giá trị pháp lý như nhau.

| FOR THE BUYER | FOR THE SELLER |
|---|---|
| ĐẠI DIỆN CHO BÊN MUA | ĐẠI DIỆN CHO BÊN BÁN |
| MEG HOME PLUS LLC | RYTHERN (VIET NAM) INTERNATIONAL COMPANY LIMITED. |
| | CÔNG TY TNHH QUỐC TẾ RYTHERN (VIỆT NAM). |

04/01/2022



TỔNG GIÁM ĐỐC ĐIỀU HÀNH
*Wang Zhang Ping*

4 of 4