1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYTHERN (VIETNAM) INTERNATIONAL COMPANY LIMITED, | ) ) ) | Case No. 8:22-cv-02281-DOC-JDE |
| Plaintiff, | ) ) ) | **JUDGMENT** |
| vs. | ) ) | *Hon. David O. Carter* |
| MEG HOME PLUS, LLC, a California limited liability company, | ) ) ) ) | |
| Defendant. | ) ) ) ) ) ) | |

On March 27, 2024, the Court issued its Order Granting Plaintiff Rythern (Vietnam) International Company Limited's ("Rythern") Unopposed Motion for Confirmation, Recognition, and Enforcement of Foreign Arbitral Award (*See* Dkt. No. 19, the "Order"). The Order held that the November 15, 2023 Arbitral Award issued through the Vietnam International Arbitration Center in Arbitration Case No. 56/23 HCM (the "Arbitral Award") [Dkt. No. 18] is confirmed in all respects under Section 207 of the Federal Arbitration Act and that judgment against Defendant Meg Home Plus, LLC ("Meg Home") shall be entered in conformity with the "AWARDS" section of the Arbitral Award, plus post-judgment interest pursuant to 28 U.S.C. § 1961. (*See* Dkt. No. 19).

Accordingly, and pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters **JUDGMENT** in favor of Rythern and against Meg Home in the total amount of $2,452,399.33, which amount is comprised of as follows:

    a. $2,300,777.65 for the outstanding sales price amount;

    b. $93,922.16 in late payment interest;

    c. $12,813.14 in legal fees incurred in connection with the arbitration;

    d. $44,565.22 for costs of arbitration; and

    e. $321.16 for the costs of the arbitrators.

As part of this Judgment, Rythern is entitled to post-judgment interest pursuant to 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: March 28, 2024

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE